| | |
|---|---|
| **DANIEL S. GLASS, ESQ. SBN 140819**<br>**ATTORNEY AT LAW**<br>**641 Fulton Ave., Suite 200**<br>**Sacramento, CA 95825**<br><br>**(916) 483-1971**<br>**dsglawyer@sbcglobal.net**<br><br>**Attorneys for plaintiff**<br>**Christy Dunn** | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| CHRISTY DUNN,<br><br>        Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br>        Defendant. | CASE NO. . 2:18-cv-01771 MCE AC<br><br>**STIPULATION OF DISMISSAL; <u>ORDER</u>**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

IT IS HEREBY STIPULATED by plaintiff Christy Dunn, by and through her attorney of record, Daniel S. Glass of the Law Offices of Daniel S. Glass and defendant Liberty Life Assurance Company of Boston, through their attorney of record, Stacy Monahan Tucker, Esq. ROPERS MAJESKI, KOHN & BENTLEY, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), with the parties to bear their own costs and attorney fees.

/ / /

/ / /

/ / /

///

///

-1-
**STIPULATION OF DISMISSAL; ORDER - CASE NO. 2:18-cv-01771-MCE-AC**

Dated: September 12, 2018

By  /s/ Daniel S. Glass
DANIEL S. GLASS
Attorney for Plaintiff Christy Dunn

Dated:  September 12, 2018        ROPERS MAJESKI KOHN & BENTLEY

By  /s/ Stacy Monahan Tucker
STACY MONAHAN TUCKER
Attorneys for Defendant Liberty
Life Assurance Company of Boston

**ORDER**

Pursuant to the stipulation of the parties and good cause having been shown, the above-captioned action be, and hereby is, DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), with the parties to bear their own costs and attorney fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 18, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE